**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TAE SHIN A/A/O
REBECCA VOGEL,

    Plaintiffs,

v.                                    Case No. 6:22-CV-00300

LEXINGTON INSURANCE COMPANY,

    Defendants.

_____

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, TAE SHIN as assignee of Rebecca Vogel, sues the Defendant, LEXINGTON INSURANCE COMPANY, through this Amended Complaint and alleges as follows:

1. This is an action for damages in excess of $75,000.00 exclusive of prejudgment interest, attorneys' fees, and costs.

2. At all material times, Defendant was a corporation, duly authorized and licensed to transact business in the State of Florida. Defendant regularly conducted business, had offices, and/or maintained agents for the transaction of its customary business in Orange County, Florida.

3. At all material times, Defendant was also a Delaware corporation with its principal place of business in Boston, Massachusetts, and not a citizen of the State of Florida.

4. Plaintiff is a real person with their primary place of residence in Orange County, Florida.

5. At all material times, Defendant insured Plaintiff's dwelling, pursuant to policy number 23109899 (the "Policy"). Plaintiff is unsure whether Plaintiff has a complete copy of the policy; however, a complete copy of the Policy has been requested from Defendant and will be produced during discovery. Plaintiff incorporates said policy by reference.

6. On April 22, 2022, the previous owner of the subject property (and original Plaintiff in this action), REBECCA VOGEL, (hereinafter "Assignor"), assigned her rights under the policy to Plaintiff, Tae Shin. (Please see Assignment of Benefits attached as Exhibit "A").

7. In turn Plaintiff, TAE SHIN, has standing to bring this action for breach of contract.

8. During the applicable policy period, Plaintiff's dwelling, 2138 Lake Drive, Winter Park, Florida 32789, sustained damages as a result of a wind and/or hailstorm which occurred during the policy period of July 15, 2020 through July 15, 2021 (the "Loss").

9. The Assignor notified Defendant of the Loss and damage.

10. Defendant assigned claim number 683-676465 to the Loss.

11. Both Plaintiff and Assignor have complied with all conditions precedent to entitle Plaintiff to recover under the Policy, or Defendant waived compliance with such conditions.

12. Defendant refused to provide coverage for the Loss and damage or undervalued damages.

13. As a result, Defendant has failed to pay for the Loss and damage due and owing under the Policy.

14. Defendant's failure to pay for the Loss and damage due and owing under the Policy is material breach of contract.

15. As a result of Defendant's material breach of contract, it has become necessary for Plaintiff to retain the services of the undersigned attorney.

16. Plaintiff is entitled to an award of reasonable attorneys' fees pursuant to Fla. Stat. §57.041, 57.104, 92.231, 626.9373, and 627.428.

**WHEREFORE,** Plaintiff, TAE SHIN, demands judgment against Defendant, LEXINGTON INSURANCE COMPANY, for the Loss and damage due and owing under the Policy with interest on any overdue payments resulting from the breach of contract that could have reasonably been expected to result from the breach, plus attorneys' fees and costs, pursuant to Florida Statutes §627.428, 626.9373, 57.041, and 92.231, and further demands trial by jury on all issues so triable.

Respectfully submitted this 12th day of August, 2022.

/s/ D. Simon Nicholson, Esq.
D. Simon Nicholson, ESQUIRE
Florida Bar No.: 123051
**SUNSHINE STATE LAW FIRM**
631 S. Orlando Avenue, Fourth Floor
Winter Park, FL 32789
Phone: (407) 627-1414
Facsimile: (407) 386-9229
Primary Email: service@sunshinefirm.com
SecondaryEmail:simon@sunshinefirm.com
andrea@sunshinefirm.com
*Counsel for Plaintiff*

# CERTIFCATE OF SERVICE

I hereby certify that I electronically filed the foregoing document using the Court's CM/ECF System which will automatically send a copy of same to the following counsel of record:

Douglas M. Cohen, Esq.
Clausen Miller, P.C.
dcohen@clauen.com

/s/ D. Simon Nicholson, Esq.
D. Simon Nicholson, ESQUIRE
Florida Bar No.: 123051
**SUNSHINE STATE LAW FIRM**
631 S. Orlando Avenue, Fourth Floor
Winter Park, FL 32789
Phone: (407) 627-1414
Facsimile: (407) 386-9229
Primary Email: service@sunshinefirm.com
SecondaryEmail:simon@sunshinefirm.com
andrea@sunshinefirm.com
*Counsel for Plaintiff*

Assignment of Benefits to Subsequent Purchaser

Rebecca Vogel, as prior owner of 2138 Lake Drive Winter Park, FL 32789, hereby assigns any and all insurance rights, benefits, and proceeds under my property insurance policy relating to claim number 683-676465 filed with Lexington Insurance Company under my policy of insurance, policy number 23109899 for damages to the roofing system of the property located at 2138 Lake Drive Winter Park, FL 32789 to Tae Shin, the subsequent purchaser and current owner of 2138 Lake Drive Winter Park, FL 32789.

Rebecca Vogel hereby instructs and directs my insurance carrier to make a separate and individual payment to be sent directly to Tae Shin, and/or their representatives.

Rebecca Vogel hereby instructs my insurance carrier to release any and all information requested by Tae Shin and their representatives for the direct purpose of obtaining actual benefits to be paid by my insurance carrier. Rebecca Vogel hereby assigns all legal rights to recover any and all insurance proceeds owed by my insurance company regarding this loss, including, but not limited to, the right to bring the appropriate legal action to obtain said benefits.

This assignment of benefits is not required to comply with Fla. Stat. 627.7152 as Fla. Stat. 627.7152(11) states "This section does not apply to: (a) An assignment, transfer, or conveyance granted to a subsequent purchaser of the property with an insurable interest in the property following a loss;..."

Signed on this 5th day of April, 2022

Rebecca Vogel

EXHIBIT "A"