IN THE UNITEED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

TAE SHIN a/a/o Rebecca Vogel,

CASE NO.: 6:22-CV-00300-PGB-LHP

    Plaintiff,

v.

LEXINGTON INSURANCE COMPANY
    Defendant,
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, Tae Shin a/a/o Rebecca Vogel, by and through undersigned counsel, hereby notifies the Court that the parties have reached a settlement in this case. Once all the necessary settlement documents are executed, a Notice of Voluntary Dismissal of all claims against Defendants, Lexington Insurance Company, will be filed with the Court.

    (Certificate of Service to follow)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 6, 2022, I electronically filed the foregoing document with the Clerk of Court via CM/ECF. I also certify that the foregoing document is being served on all counsel of record.

/s/ Edward H. Stickles, III, Esq.
Edward H. Stickles, III, ESQUIRE
Florida Bar No.: 115825
**CITRUS GROVE LAW FIRM, PA**
2222 Ocoee Apopka Rd. Suite 106
Ocoee, FL 34761
Phone: (407) 378-5294
Facsimile: (407) 573-6460
edward@citrusgrovelaw.com
*Counsel for Plaintiff*