UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TAE SHIN,**

        **Plaintiff,**

v.                                              **Case No: 6:22-cv-300-PGB-LHP**

**LEXINGTON INSURANCE COMPANY,**

        **Defendant.**
_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, filed October 27, 2022. (Doc. 35). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Lexington Insurance Company are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 28, 2022.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties